Nos. 50 y 51. Ex parte Eusebio Sánchez e Inocencio Arduén, Peticionario.—Solicitudes de *habeas corpus* presentadas al Juez Asociado Sr. Aldrey. Acumuladas y resueltas en

diciembre 1, 1913, por medio de opinión. Se declara que existe causa probable para que los peticionarios queden bajo la custodia del alcaide de la cárcel de San Juan y se rebajan las fianzas a $1,000 y $4,000 respectivamente. Abogados del Pueblo: *Sres. Charles E. Foote, Fiscal de este tribunal y Luis Campillo y Jaime Sifre, Fiscales del Distrito de San Juan.* Abogados de los peticionarios: *Sres. Manuel F. Rossy y Rafael Guillermety.*